No. 5448. WELLS *v.* CRAVEN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 5489. JACOBS *v.* HILL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 345. UNITED STATES *v.* FREED ET AL. Appeal from D. C. C. D. Cal. Probable jurisdiction noted.

No. 169. RADICH *v.* NEW YORK. Appeal from Ct. App. N. Y. Probable jurisdiction noted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

No. 156. ROSENBERG, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE *v.* YEE CHIEN WOO. C. A. 9th Cir. Certiorari granted.

No. 362. McGEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 338. BLONDER-TONGUE LABORATORIES, INC. *v.* UNIVERSITY OF ILLINOIS FOUNDATION ET AL. C. A. 7th Cir. Motion of Finney Co. for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 5247. JOHNSON *v.* UNITED STATES. C. A. D. C. Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and petition.